UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH PERRONE,

               Plaintiff,                          19-CV-5171 (LTS) (OTW)

      -against-                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge:**

       This case has been referred to me for social security. The parties are directed to meet and confer to discuss whether they will consent to my jurisdiction for all purposes. If both parties consent, so notify the Court by letter filed on the docket with a completed consent form by **August 7, 2020** (the form may be completed in counterparts).[1] By the same date, if both parties do not consent, they shall promptly file a joint letter stating that both parties do not consent, without revealing the respective positions of the parties.

       **SO ORDERED.**

Dated: July 31, 2020                                    _s/ Ona T. Wang_
      New York, New York                     **Ona T. Wang**
                                                        United States Magistrate Judge

---

[1] A copy of the form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," is attached to this Order, and is available on the Court's website, at https://nysd.uscourts.gov/forms.

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                                                                     _____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.