# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSEPH PERRONE,

                Plaintiff,                    19 **CIVIL** 5171 (LTS)(OTW)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2021, the Court has reviewed carefully Magistrate Judge Wang's thorough and well- reasoned Report and Recommendation and finds no clear error. The Court has therefore adopted the Report in its entirety for the reasons stated therein. Accordingly, the April 1, 2019, decision of the Commissioner is reversed, and the matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. section 405(g) for further proceedings consistent with the Report.

**Dated:** New York, New York
         May 14, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                    **BY:**               _K. Mango_
                                                  _____
                                                  **Deputy Clerk**